WESTERN NEW YORK WATER COMPANY, Appellant, *v.*
ARTHUR W. BRANDT, as Superintendent of Public Works
of the State of New York, Respondent.

Argued April 9, 1940; decided June 14, 1940.

*Thomas R. Wheeler* for appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein*
and *Jack Goodman* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY,
SEARS, LEWIS and CONWAY, JJ.